IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN ROY FORD                                                                                    PLAINTIFF

v.                                    Civil No. 4:18-cv-04153

JAIL ADMINISTRATOR CHRIS WOLCOTT,
Sevier County Detention Center; SHERIFF
ROBERT GENTRY, Sevier County, Arkansas;
DEPUTY DAVID STINSON; DANA GENTRY,
Bondsman; CHIEF OF POLICE SCOTT
SIMMONS, De Queen Police Department;
OFFICER JUSTIN GENTRY; DEPUTY CHET
STUBS; NURSE SHARON FLOURNEY; DR.
STEVEN FOLTZ; SOUTHERN HEALTH
PARTNERS; J.E. BONDING, INC.; and ASSISTANT
JAIL ADMINISTRATOR TERRY HERNEDEZ                                        DEFENDANTS

**ORDER**

Before the Court are four motions filed by Plaintiff seeking subpoenas for various documents. They include: Motion for Subpoena of Medical Records from Emergency Room at Hospital in Sevier County (ECF No. 11); Motion for Subpoena of Medical Requests and Answers from Sevier County Sheriff (ECF No. 12); Motion for Subpoena of Medical Records from Sevier County Sheriff (ECF No. 13); and Motion for Subpoena of Grievances from Sevier County Sheriff (ECF No. 14). The Court has determined that no responses from Defendants are necessary to rule on the motions.

Plaintiff filed this 1983 lawsuit on November 5, 2018, alleging claims for excessive force and denial of medical care. (ECF No. 1). On November 14, 2018, the Court ordered the U.S. Marshals Service to Serve Defendants J.E. Bonding, Inc., Sharon Flourney, Steven Foltz, Dana Gentry, Justin Gentry, Robert Gentry, Terry Hernedez, Scott Simmons, Southern Health Partners,

1

Inc., David Stinson, Chet Stubs, and Chris Wolcott. (ECF No. 6). To date, no Defendants have filed an answer.[1]

Plaintiff's motions are premature. Once all the Defendants have answered and any motions to dismiss are addressed, the Court will enter an Initial Scheduling Order which directs Defendants to provide Plaintiff with copies of all incident reports documenting incidents referenced in Plaintiff's Complaint, including any color photographs, and video footage of the same, and copies of all medical requests, grievances, and photographs in Plaintiff's jail file, as well as any written policies, which relate to the facts recited in Plaintiff's Complaint.

Accordingly, Plaintiff's Motion for Subpoena of Medical Records from Emergency Room at Hospital in Sevier County (ECF No. 11), Motion for Subpoena of Medical Requests and Answers from Sevier County Sheriff (ECF No. 12), Motion for Subpoena of Medical Records from Sevier County Sheriff (ECF No. 13), and Motion for Subpoena of Grievances from Sevier County Sheriff (ECF No. 14) are **DENIED**.

**IT IS SO ORDERED** this 6th day of December 2018.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants Sharon Flourney, Steven Foltz, and Southern Health Partners, Inc. filed a Motion for More Definite Statement on November 19, 2018. (ECF No. 8). The Court granted this motion on November 28, 2018, ordering Plaintiff to file a supplement to his Complaint by December 12, 2018, to clarify his claims against these Defendants. (ECF No. 28).